DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LIZETTE RAMOS and JOSE POMALES,

Appellants,

v.

ELBA MENDOZA and CHANTEL DUKES,

Appellees.

No. 2D2025-0164
_____

December 12, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Hillsborough County; Miriam Velez Valkenburg, Judge.

Lizette Ramos and Jose Pomales, pro se.

Henry G. Gyden of Gyden Law Group, P.A., Tampa, for Appellees.


PER CURIAM.

   Affirmed.

NORTHCUTT, LaROSE, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.